**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-20539-CIV-WILLIAMS**

DR. KURT MARIN, *et al.*,

      Plaintiffs,

vs.

DADE COUNTY, *et al.*,

      Defendant.

_____/

## <u>ORDER</u>

**THIS MATTER** is before the Court on Plaintiff's "Motion to Reconsider" the Court's February 21, 2018 order dismissing this case. (DE 6). Under the Federal Rules of Civil Procedure, the only grounds for granting a motion for reconsideration are "newly discovered evidence or manifest errors of law or fact." *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) (quoting *In re Kellogg*, 197 F.3d 1116, 1119 (11th Cir. 1999)). Such motions "cannot be used to relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment." *Id.* (quoting *Michael Linet, Inc. v. Vill. of Wellington, Fla.*, 408 F.3d 757, 763 (11th Cir. 2005)).

Plaintiff's motion for reconsideration argues that the Court's order is "ABSOLUTE REAL RACISM because other East Indians Whites lost in County Courts and sued in Federal Court and won. But us Black People can't do the same thing." (DE 6 at 1). The filing goes on to assert "we have not failed to state a claim" and to contest the Court's jurisdictional determination as to certain state-court matters. None of these arguments or citations to the original complaint state a basis for reconsideration of the Court's order

under the Federal Rules.   Therefore, Plaintiff's motion for reconsideration (DE 6) is

**DENIED**, and the case remains **CLOSED**.

      **DONE AND ORDERED** in chambers in Miami, Florida, this 2nd day of March,

2018.

                                                                    KATHLEEN M. WILLIAMS
                                                                     UNITED STATES DISTRICT JUDGE

cc:    James Buckman, Maurice Symonette, Kurt Marin,
       Clyde McPhatter, Alfred David, and Jerimiah Parham
       3320 NE 165th Street
       Miami, FL 33160