UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20539-CIV-WILLIAMS

DR. KURT MARIN, *et al.*,

    Plaintiffs,

vs.

DADE COUNTY, *et al.*,

    Defendant.

_____/

## ORDER STRIKING

**THIS MATTER** is before the Court on a *sua sponte* review of the record. Plaintiff has filed a "Motion for Leave to Proceed *in forma pauperis*" in the District Court (DE 13). This motion has already been denied by the Court. (*See* DE 3; DE 4). As such, the second motion (DE 13) is **STRICKEN**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 19 day of March, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Maurice Symonette
       3320 NE 165th Street
       Miami, FL 33160